Argued and submitted April 8, affirmed May 8, 2002

Rochelle A. HAUSER,
*Appellant,*

*v.*

TRANSNATION TITLE INSURANCE COMPANY,
an Arizona corporation,
fdba Transamerica Title Insurance Company,
an Arizona corporation,
and Curry County Title, Inc.,
an Oregon corporation,
*Respondents.*

00-CV-0306; A115456

46 P3d 216

Frank C. Rote, III, argued the cause for appellant. With him on the briefs was Brown, Hughes, Bird, Rote & Wetmore.

Jonathan M. Radmacher argued the cause for respondents. With him on the brief was McEwen, Gisvold, Rankin, Carter & Streinz, LLP.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Gladhart v. Oregon Vineyard Supply Co.*, 332 Or 226, 26 P3d 817 (2001); *Chaney v. Fields Chevrolet Co.*, 264 Or 21, 26-27, 503 P2d 1239 (1972).